█ PHILLIP M. FRIES, Appellant, v JOANNE PRICE-YABLIN, Respondent.—Order unanimously affirmed without costs for reasons stated at Ontario County Family Court, Henry J. (Appeal from order of Ontario County Family Court, Henry, J. —child support.) Present—Dillon, P. J., Callahan, Denman, Balio and Lawton, JJ.